AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Peter J. Nowicki<br><br>*Plaintiff(s)*<br>v.<br>CONTRA COSTA COUNTY EMPLOYEES' RETIREMENT ASSOCIATION [and Defendants named in Exhibit A attached hereto]<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 17-629 EDL<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Defendants' names and addresses on Exhibit A attached hereto

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gregg McLean Adam
Peter A. Janiak
Steven Kaiser
Messing Adam & Jasmine LLP
235 Montgomery Street, Suite 828
San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT
*Susan Y. Soong*

Date: 02/10/2017

*Signature of Clerk or Deputy Clerk*

# EXHIBIT A – Summons

**DEFENDANTS:**

CONTRA COSTA COUNTY EMPLOYEES' RETIREMENT ASSOCIATION

JOHN B. PHILLIPS, SCOTT W. GORDON, RUSSELL V. WATTS, DAVID J. MacDONALD, JERRY TELLES, DEBORA ALLEN, CANDACE ANDERSON, GABRIEL RODRIGUES, WILLIAM PIGEON, LOUIE A. KROLL, JERRY R. HOLCOMBE and TODD SMITHEY each in her or his official capacity as members of the Board of the Contra Costa County Employees' Retirement Association;

MORAGA-ORINDA FIRE DISTRICT; STEVE ANDERSON

JOHN JEX, KATHLEEN FAMULENER, BRAD BARBER, and CRAIG JORGENS, each in her or his official capacity as members of the Board of the Moraga-Orinda Fire District;

and DOES 1 through 25, inclusive


**DEFENDANTS NAMES and ADDRESSES**

John B. Phillips
Scott W. Gordon
Russell V. Watts
David J. MacDonald
Jerry Telles
Debora Allen
Candace Anderson
Gabriel Rodrigues
William Pigeon
Louie A. Kroll
Jerry R. Holcombe
Todd Smithey
**Contra Costa County Employees' Retirement Association**
1355 Willow Way. Suite 221
Concord, CA 94520

Steve Anderson
John Jex
Kathleen Famulener
Brad Barber
Craig Jorgens
**Moraga-Orinda Fire District**
1280 Moraga Way
Moraga, CA 94556

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: